**SCHEDULES OF ASSETS AND LIABILITIES
AND STATEMENT OF FINANCIAL AFFAIRS**

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS,
METHODOLOGY, AND DISCLAIMER REGARDING
<u>DEBTORS' SCHEDULES AND STATEMENTS</u>**

The Schedules of Assets and Liabilities (the "**Schedules**") and Statement of Financial Affairs (the "**SOFA**" and together with the Schedules, the "**Bankruptcy Schedules**") of Artic Employment Services, Inc., Artic Services, LLC, and Artic Intermediate, LLC (collectively, the "**Debtors**"), have been prepared pursuant to section 521 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedure by the Chief Restructuring Officer (the "**CRO**") of the Debtors and are unaudited.  These Global Notes and Statement of Limitations, Methodology, and Disclaimer Regarding Debtors' Schedules and Statements (the "**Global Notes**") comprise an integral part of the Bankruptcy Schedules and should be referred to and considered in connection with any review of them.

The information provided herein, except as otherwise noted, is as of the close of business on May 6, 2021, the last date prior to the date of filing of the Debtors' bankruptcy cases (the "**Petition Date**") on which financial information was available.  Although the CRO has made reasonable efforts to ensure that the Bankruptcy Schedules are as complete and accurate as possible in light of the circumstances, there can be no assurance that these Bankruptcy Schedules are, in fact, complete or accurate.

None of the CRO nor the attorneys for the Debtors guarantees or warrants the accuracy, completeness, or currentness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained herein.  While every effort has been made to provide accurate and complete information herein, inadvertent errors or omissions may exist.

**<u>Specific Disclosures with Respect to the Debtors' Schedules</u>**

**Schedule A/B 67**.  The Debtors maintain records at a leased storage unit facility that contain personally identifiable information of former employees and/or customers, such as human resource records, and employee files.  Additionally, personally identifiable information may be located on the Debtors' computer servers.

**Schedule E/F Part 2**. The Debtors have used reasonable best efforts to report all general unsecured Claims against the Debtors on Schedule E/F Part 2 based upon the Debtors' existing books and records as of the Petition Date.

The Claims listed on Schedule E/F Part 2 arose or were incurred on various dates.  In certain instances, the date on which a Claim arose is an open issue of fact. Although reasonable efforts have been made to identify the date of incurrence of each Claim, determining the date upon which each Claim on Schedule E/F Part 2 was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtors may not have listed a date for each Claim listed on Schedule E/F Part 2.  As a general matter, the date of incurrence of each Claim was listed as the

most recent invoice date, if available, or as of April 14, 2020 (the date on which the Debtors ceased substantially all operations) for terminated employees or certain ongoing tax or operational liabilities.

Schedule E/F Part 2 contains information regarding pending litigation involving the Debtors. The dollar amount of potential Claims associated with any such pending litigation is listed as "undetermined" and marked as contingent, unliquidated and disputed in the Schedules and Statement.

The Debtors expressly incorporate by reference into Schedule E/F Part 2 all parties to pending litigation listed in Statement 7 as contingent, unliquidated and disputed claims, to the extent not already listed on Schedule E/F Part 2.

SCHEDULE G.  The listing of any contract on Schedule G does not constitute an admission by the Debtors as to the validity of any such contract or that such contract is an executory contract or unexpired lease. The Debtors reserve all of their rights to dispute the effectiveness of any such contract listed on Schedule G or to amend Schedule G at any time to remove any contract.  Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or enforceable.  The Debtors hereby reserve all of their rights to dispute the validity, status or enforceability of any contracts, agreements or leases set forth on Schedule G and to amend or supplement Schedule G as necessary.

The Debtors reserve all rights to amend the Bankruptcy Schedules, in all respects, as may be necessary or appropriate, including, but not limited to, the right to dispute or to assert offsets or defenses to any claim reflected on the Bankruptcy Schedules as to amount, liability or classification, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated."  Any failure to designate a claim as "contingent," "unliquidated," or "disputed" does not constitute an admission by the Debtors that such claim is not "contingent," "unliquidated," or "disputed."

## Specific Disclosures with Respect to the Debtors' Statements

**Statement 7**. Information provided in Statement 7 includes only those legal disputes and administrative proceedings that are formally recognized by an administrative, judicial or other adjudicative forum. Additionally, any information contained in Statement 7 shall not be a binding representation of the Debtors' liabilities with respect to any of the suits and proceedings identified therein.

**Statement 26d.**  From time to time, the Debtors may have provided financial statements in the ordinary course of business to certain parties for business, statutory, credit, financing and other reasons.  Although reasonable efforts have been made to identify the recipient of such financial statements, determining the recipient of each financial statement would be unduly burdensome and cost prohibitive.  In addition, in connection with the sale process run by SSG Advisors during December 2019 through April 2020, certain parties obtained information but are not identified as a result of nondisclosure agreements by and between the respective parties.

**Fill in this information to identify the case:**

Debtor name   **Artic Services, LLC**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)   _____

☐ Check if this is an
amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
|---|---|

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*..............................................................................   $        **0.00**

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*..........................................................................   $     **862,999.28**

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*.............................................................................   $     **862,999.28**

| Part 2: | Summary of Liabilities |
|---|---|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $    **15,055,015.48**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................   $     **10,937.30**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................   +$    **2,939,839.03**

4.   **Total liabilities** ........................................................................................................
    Lines 2 + 3a + 3b      $    **18,005,791.81**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Artic Services, LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **First Bank (Tennessee)**<br>**510 Columbia Avenue, Suite 106**<br>**Franklin, TN 37064** | **Checking** | **8435** | **$16,326.89** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   **$16,326.89**

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

| | 11b. Over 90 days old: | **26,852.00** | - | **0.00** | =.... | **$26,852.00** |
|---|---|---|---|---|---|---|
| | | face amount | | doubtful or uncollectible accounts | | |

Debtor    **Artic Services, LLC**

Case number *(If known)* _____

Name

12.    **Total of Part 3.**                                    | **$26,852.00**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

---

**Part 4:    Investments**

13. **Does the debtor own any investments?**

- ■ No.  Go to Part 5.
- ☐ Yes Fill in the information below.

---

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

- ■ No.  Go to Part 6.
- ☐ Yes Fill in the information below.

---

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ■ No.  Go to Part 7.
- ☐ Yes Fill in the information below.

---

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ■ No.  Go to Part 8.
- ☐ Yes Fill in the information below.

---

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

- ■ No.  Go to Part 9.
- ☐ Yes Fill in the information below.

---

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

- ■ No.  Go to Part 10.
- ☐ Yes Fill in the information below.

---

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

- ■ No.  Go to Part 11.
- ☐ Yes Fill in the information below.

---

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

- ☐ No.  Go to Part 12.
- ■ Yes Fill in the information below.

**Current value of
debtor's interest**

| Debtor | **Artic Services, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
**Artic Intermediate, LLC; Artic Holdco, LLC; and Artic Services, LLC v. Daniel Hallisey, as Seller Representative and Seller Obligor, on behalf of Sellers in Connection with Securities Purchase and Exchange Agreement dated March 18, 2018**                                                      **$0.00**

| Nature of claim | **Breach of Sellers' Covenant, Representations and Warranties; Fraud** |
|---|---|
| Amount requested | **$819,820.39** |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**
**Delaware Trust, a CSC Company; Daniel Hallisey Escrow Account; Account No. XX3755**                                                      **$819,820.39**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**                                                      **$819,820.39**
Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor    **Artic Services, LLC**
Name

Case number *(If known)*

Part 12:    **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $16,326.89 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $26,852.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9...................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $819,820.39 | |
| 91. **Total.** Add lines 80 through 90 for each column | $862,999.28 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $862,999.28 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name   **Artic Services, LLC**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br><br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| 2.1 | **First Bank** | Describe debtor's property that is subject to a lien | **$7,106,460.98** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**f/k/a Franklin Synergy Bank
722 Columbia Avenue
Franklin, TN 37064**

Creditor's mailing address

**Describe the lien**
**Acquisition Line of Credit**
**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**March 18, 2019**

**Last 4 digits of account number
3500**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | **First Bank** | Describe debtor's property that is subject to a lien | **$4,522,963.45** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**f/k/a Franklin Synergy Bank
722 Columbia Avenue
Franklin, TN 37064**

Creditor's mailing address

**Describe the lien**
**Term Loan**
**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**March 18, 2019**

**Last 4 digits of account number
3900**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Debtor    **Artic Services, LLC**
_____          Case number (if known) _____
Name

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

_____

| 2.3 | **First Bank** | Describe debtor's property that is subject to a lien | $3,425,591.05 | $0.00 |

Creditor's Name

**f/k/a Franklin Synergy Bank**
**722 Columbia Avenue**
**Franklin, TN 37064**
Creditor's mailing address

_____

**Describe the lien**
**Revolving Credit Loan**
**Is the creditor an insider or related party?**

■ No
☐ Yes
**Is anyone else liable on this claim?**

_____
Creditor's email address, if known

**Date debt was incurred**
**March 18, 2019**
**Last 4 digits of account number**
**5500**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an**
**interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

_____

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.          $15,055,015.48

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Stites and Harbison PLLC**<br>**604 West Main Street**<br>**Franklin, TN 37064** | Line  2.1 | |
| **Stites and Harbison PLLC**<br>**604 West Main Street**<br>**Franklin, TN 37064** | Line  2.2 | |
| **Stites and Harbison PLLC**<br>**604 West Main Street**<br>**Franklin, TN 37064** | Line  2.3 | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Artic Services, LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address | $10,937.30 | $10,937.30 |

**County of San Bernardino**
**268 West Hospitality Lane**
**First Floor**
**San Bernardino, CA 92415-0360**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Parcel Nos. 021038102P000; 021038116P010;**
**021038102L002; and 021039120P005**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address | $53.41 |

**91 Express Lanes**
**P.O. Box 9191**
**Corona, CA 92878**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | $3,828.77 |
|---|---|---|

**A/C Systems Supply**
**3036 South Valley View**
**Las Vegas, NV 89102**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

| Debtor | **Artic Services, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,437.50 |
|---|---|---|---|

**AAA Crane Services**
**2020 Railroad Drive**
**Sacramento, CA 95815**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $243.64 |
|---|---|---|---|

**AC Pro**
**11700 Industry Avenue**
**Fontana, CA 92337**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $370.00 |
|---|---|---|---|

**Accounting Software 411, LLC**
**3943 Irvine Boulevard**
**#110**
**Irvine, CA 92602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.41 |
|---|---|---|---|

**ADT Security Services**
**P.O. Box 371878**
**Pittsburgh, PA 15250-7878**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $390.00 |
|---|---|---|---|

**Advanced Crane, Inc.**
**P.O. Box 3040**
**Lakewood, CA 90711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $465.55 |
|---|---|---|---|

**Advanced Mechanical Systems Inc**
**P.O. Box 4125**
**Spokane, WA 99220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $147.61 |
|---|---|---|---|

**Advanced Office Systems/Imaging Plus**
**1430-K Village Way**
**Santa Ana, CA 92705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Artic Services, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,105.00** |
|---|---|---|---|

**Adventure Sheet Metal**
**1828 West 11th Street, Suite A**
**Upland, CA 91786**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,127.70** |
|---|---|---|---|

**AHERN Rentals**
**P.O. Box 271390**
**Las Vegas, NV 89127-1390**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$105.44** |
|---|---|---|---|

**Air Filter Supply, Inc.**
**P.O Box 1166**
**Rancho Cordova, CA 95741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,095.27** |
|---|---|---|---|

**Air Handler Supply, Inc.**
**2540 E Miraloma Way**
**Anaheim, CA 92806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$986.18** |
|---|---|---|---|

**Airgas USA LLC**
**P O Box 93500**
**Long Beach, CA 90809-3500**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,519.00** |
|---|---|---|---|

**All About Air, Inc.**
**5706 NE 112th Avenue**
**Vancouver, WA 98662**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,987.71** |
|---|---|---|---|

**Allen Iron Works, Inc.**
**P.O. Box 2734**
**Mammoth Lakes, CA 93546**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Artic Services, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.17** | Nonpriority creditor's name and mailing address
**Allied Storage Containers, Inc.**
P.O. Box 519
Colton, CA 92324

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,039.93**

---

**3.18** | Nonpriority creditor's name and mailing address
**AllStar Cable Products, Inc.**
P.O. Box 3811
Santa Fe Springs, CA 90670-3811

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,167.00**

---

**3.19** | Nonpriority creditor's name and mailing address
**American Air Coil, Inc.**
1664 W 139th Street
Gardena, CA 90249

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$9,988.80**

---

**3.20** | Nonpriority creditor's name and mailing address
**American Crane Rental Inc.**
P.O. Box 308
Escalon, CA 95320

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$446.36**

---

**3.21** | Nonpriority creditor's name and mailing address
**American Express**
Remittance Processing
P.O. Box 650448
Dallas, TX 75265-0448

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$8,928.23**

---

**3.22** | Nonpriority creditor's name and mailing address
**Anago of Phoenix**
1225 S 48th Street
Suite 2
Tempe, AZ 85281

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,973.40**

---

**3.23** | Nonpriority creditor's name and mailing address
**Anderson's Crane Services LLC**
P.O. Box 336
Victor, CA 95253

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$330.00**

Debtor **Artic Services, LLC**
_____
Name

Case number (if known) _____

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42,353.10 |
|---|---|---|---|

**Anthem Blue Cross Medical
Department 5812
Los Angeles, CA 90074-5812**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,957.00 |
|---|---|---|---|

**Anthony Doors
2388 Collections Center Drive
Chicago, IL 60693-0023**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,211.20 |
|---|---|---|---|

**Apple One
P.O. Box 29048
Glendale, CA 91209-9048**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,376.52 |
|---|---|---|---|

**ASC Staffing Group, LLC
14880 Monte Vista Avenue
Chino, CA 91710**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $366.59 |
|---|---|---|---|

**AT & T
Payment Center
P.O. Box 5017
Carol Stream, IL 60197-5017**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,875.00 |
|---|---|---|---|

**Atlas Crane Inc.
14818 Midland Road
Poway, CA 92064**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $753.92 |
|---|---|---|---|

**Auto Zone Account
9457 Foothill Boulevard
Rancho Cucamonga, CA 91730**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Artic Services, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,696.70 |
|---|---|---|---|

**Automated Logic Global Accounts**
**217 West 8th Avenue**
**Pittsburgh, PA 15120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $499.79 |
|---|---|---|---|

**B & K Electric Wholesale**
**P.O. Box 31001-1768**
**Pasadena, CA 91110-1768**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,926.83 |
|---|---|---|---|

**Bahman Ehsan Inc.**
**3786 La Crescenta Avenue #205**
**Glendale, CA 91208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $72,450.66 |
|---|---|---|---|

**Barnhart Crane and Rigging Co.**
**2163 Airways Boulevard**
**Memphis, TN 38114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,140.75 |
|---|---|---|---|

**Best Crane Services Inc.**
**5145 Catoctin Drive**
**San Diego, CA 92115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,580.40 |
|---|---|---|---|

**Bigge Crane & Rigging Co.**
**P.O. Box 205220**
**Dallas, TX 75320-5220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,398.63 |
|---|---|---|---|

**Bishop Heating & Air Conditioning, Inc.**
**463 North Warren Street**
**Bishop, CA 93514**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Artic Services, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$958.97** |
|---|---|---|---|

**Boise Refrigeration Service Co.**
**202 West 39th Street**
**Boise, ID 83714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,944.32** |
|---|---|---|---|

**Bragg Crane Service**
**P.O. Box 727**
**Long Beach, CA 90801-0727**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,536.48** |
|---|---|---|---|

**Brewer Crane and Rigging**
**12570 Highway 67**
**Lakeside, CA 92040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Brian Cruz**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$649.44** |
|---|---|---|---|

**Burrtec Waste Industries-9546**
**Payment Processing Center**
**P.O. Box 6766**
**Buena Park, CA 90622-6766**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,065.00** |
|---|---|---|---|

**Cal Coast Crane & Hauling**
**1325 South Tegner Road**
**Turlock, CA 95380**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$280.63** |
|---|---|---|---|

**California Chamber of Commerce**
**P.O. Box 398342**
**San Francisco, CA 94139-8342**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Artic Services, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,775.00** |
|---|---|---|---|

**Caltrol Inc (Redline)**
**P.O. Box 741123**
**Los Angeles, CA 90074-1123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,079.46** |
|---|---|---|---|

**Case Parts Company**
**877 Monterey Pass Road**
**Monterey Park, CA 91754**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$589.24** |
|---|---|---|---|

**Central Communications**
**P.O. Box 639236**
**Cincinnati, OH 45263-9236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$228.64** |
|---|---|---|---|

**Century Link**
**P.O. Box 29040**
**Phoenix, AZ 85038-9040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,737.34** |
|---|---|---|---|

**Champion Crane**
**12521 Branford Street**
**Pacoima, CA 91331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$974.51** |
|---|---|---|---|

**Charles K. Wolhaupter**
**P.O. Box 425**
**Malibu, CA 90265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,075.53** |
|---|---|---|---|

**City of Glendale Arizona**
**5850 West Glendale Avenue**
**Glendale, AZ 85301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Artic Services, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $102.00 |
|---|---|---|---|

**City of Lindsay**
P.O. Box 369
Lindsay, CA 93247

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $153.00 |
|---|---|---|---|

**City of Los Angeles**
P.O. Box 30968
Los Angeles, CA 90030-0968

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $726.00 |
|---|---|---|---|

**City of Phoenix**
P.O. Box 29125
Phoenix, AZ 85038-9125

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|

**Clear View Window Cleaning**
P.O. Box 386
Rancho Cucamonga, CA 91729

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47,185.30 |
|---|---|---|---|

**Cold Tech Refrigeration, Inc.**
P. O. Box 33686
Las Vegas, NV 89133

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,563.93 |
|---|---|---|---|

**Colliers International**
MKD Garaventa, LLC
1001 Canal Boulevard
A-1
Richmond, CA 94804

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,094.60 |
|---|---|---|---|

**Colonial Life**
P.O. Box 1365
Columbia, SC 29202-1365

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Artic Services, LLC**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.59 | **Nonpriority creditor's name and mailing address**<br>**Comcast Business**<br>P.O. Box 34744<br>Seattle, WA 98124-1744<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$479.92** |
| 3.60 | **Nonpriority creditor's name and mailing address**<br>**Commercial Refrigerator Door Co.**<br>6200 Porter Road<br>Sarasota, FL 34240<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,112.28** |
| 3.61 | **Nonpriority creditor's name and mailing address**<br>**Commtech Services Inc.**<br>P.O. Box 2088<br>East Helena, MT 59635<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$802.36** |
| 3.62 | **Nonpriority creditor's name and mailing address**<br>**Compressor Parts & Repair Inc.**<br>CPR Industries<br>1501 North Peck Road<br>South El Monte, CA 91733<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$3,999.69** |
| 3.63 | **Nonpriority creditor's name and mailing address**<br>**Concentra**<br>P.O. Box 3700<br>Rancho Cucamonga, CA 91729-3700<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$6,197.50** |
| 3.64 | **Nonpriority creditor's name and mailing address**<br>**Connolly Crane Service, Inc.**<br>2276 Pinenut Road<br>Gardnerville, NV 89410<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$630.00** |
| 3.65 | **Nonpriority creditor's name and mailing address**<br>**Contra Costa Health Services**<br>4585 Pacheco Boulevard<br>Suite 100<br>Martinez, CA 94553-2233<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$60.00** |

| Debtor | Artic Services, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$390.00** |
|---|---|---|---|

**Corporate Filing, LLC**
**30 North Gould Street**
**Suite 7007**
**Sheridan, WY 82801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$72.50** |
|---|---|---|---|

**Corrigo, Inc.**
**Department 0439**
**P.O. Box 120439**
**Dallas, TX 75312-0439**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$700.00** |
|---|---|---|---|

**Craig's Crane**
**P.O. Box 1668**
**Brawley, CA 92227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,025.00** |
|---|---|---|---|

**Crainco Inc.**
**P.O. Box 3008**
**Whittier, CA 90605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,229.80** |
|---|---|---|---|

**Crane Rental Services**
**1901 West Collins Avenue**
**Orange, CA 92866**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,173.59** |
|---|---|---|---|

**Crexendo**
**1615 South 52nd Street**
**Tempe, AZ 85281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,697.71** |
|---|---|---|---|

**Cucamonga Valley Water District-9546**
**P.O. Box 51788**
**Los Angeles, CA 90051-6088**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Artic Services, LLC**
_____
Name

Case number (if known) _____

| | |
|---|---|
| 3.73 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**Custom Cooler, Inc.**
**420 East Arrow Highway**
**San Dimas, CA 91773**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,630.00**

---

3.74    **Nonpriority creditor's name and mailing address**
**D7 Roofing Services, Inc.**
**2851 Gold Tailings Court**
**Rancho Cordova, CA 95670**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,950.00**

---

3.75    **Nonpriority creditor's name and mailing address**
**Dale Roberts Trucking**
**1215 East Airport Drive #158**
**Ontario, CA 91761**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$6,238.00**

---

3.76    **Nonpriority creditor's name and mailing address**
**Daniel Hallisey**
**5109 Lipizzan Place**
**Rancho Cucamonga, CA 91737**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.77    **Nonpriority creditor's name and mailing address**
**Desco, LLC (ESC Software)**
**1525 Hendry Street**
**Fort Myers, FL 33901**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$5,320.00**

---

3.78    **Nonpriority creditor's name and mailing address**
**Desert Electric Supply**
**74-875 Velie Way**
**Palm Desert, CA 92260**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$103.76**

---

3.79    **Nonpriority creditor's name and mailing address**
**Desert Hills Crane Service LLC**
**283 East Aurora Drive**
**El Centro, CA 92243**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

---

| Debtor | **Artic Services, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$840.00** |
|---|---|---|---|
| | **Dielco Crane Service Inc.**<br>**5454 South Arville Road**<br>**Las Vegas, NV 89118** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,486.00** |
|---|---|---|---|
| | **Direct Refrigeration Sales**<br>**6065 Parkway North Drive**<br>**Suite 500**<br>**Cumming, GA 30040** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$500.69** |
|---|---|---|---|
| | **DMG Corporation**<br>**1110 West Taft Avenue**<br>**Suite A**<br>**Orange, CA 92865** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$432.00** |
|---|---|---|---|
| | **Drivers Alert**<br>**P.O. Box 50079**<br>**Lighthouse Point, FL 33074** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$176.32** |
|---|---|---|---|
| | **Elwood Staffing Services, Inc.**<br>**P.O. Box 1024**<br>**Columbus, IN 47202-1024** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,976.71** |
|---|---|---|---|
| | **Emerson Commercial/Residential Solution**<br>**1065 Big Shanty Road**<br>**Suite 100**<br>**Kennesaw, GA 30144** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$50.21** |
|---|---|---|---|
| | **Encore Lighting**<br>**2125 South Hellman Avenue**<br>**Unit E**<br>**Ontario, CA 91761** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor **Artic Services, LLC**

Case number *(if known)* _____

_____
Name

| | | |
|---|---|---|
| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $101,623.55 |

**Enterprise Fleet Management
Exchange-WEX
1400 North Kellogg Drive
Suite G
Anaheim, CA 92807**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $120,725.34 |

**Enterprise Fleet Services-Lease
P.O. Box 800089
Kansas City, MO 64180-0089**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $13,561.84 |

**Far West Capital
Pacific Northwest Infrastructure, Inc
d/b/a Columbia Crane
P.O. Box 3363
Wenatchee, WA 98807**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $1,793.99 |

**Fastenal Company
6475 Knott Avenue
Suite A
Buena Park, CA 90620**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $3,748.42 |

**Federal Express
Department LA
P.O. Box 7221
Pasadena, CA 91109-7321**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $14,920.43 |

**Ferguson Enterprises Inc./Plumbing
P.O. Box 740827
Los Angeles, CA 90074-0827**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $10,872.38 |

**Ferguson Heating & Cooling
2750 South Towne Avenue
Pomona, CA 91766**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Artic Services, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$130.00** |
|---|---|---|---|

**First Care Industrial**
**16702 Valley View Boulevard**
**La Mirada, CA 90638**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,797.85** |
|---|---|---|---|

**First Choice Services**
**4680 Pell Drive A**
**Sacramento, CA 95838**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|---|

**Fortney Refrigeration Co.**
**393 Roberts Court**
**Grand Junction, CO 81504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$900.00** |
|---|---|---|---|

**Fregoso GardenScape**
**P.O. Box 310628**
**Fontana, CA 92331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,112.14** |
|---|---|---|---|

**Frontier Communication**
**P.O. Box 5157**
**Tampa, FL 33675**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$161.74** |
|---|---|---|---|

**Frontier Communications- 9600**
**P.O. Box 740407**
**Cincinnati, OH 45274-0407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$665.00** |
|---|---|---|---|

**G & S Crane Service**
**P.O. Box 1154**
**Pleasant Grove, UT 84062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Artic Services, LLC**
_____
Name

Case number (if known) _____

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,890.00 |
|---|---|---|---|

**Gardner Trucking, Inc.**
**P.O Box 747**
**Chino, CA 91708-0747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6.04 |
|---|---|---|---|

**Geary Pacific Supply**
**1360 North Hancock Street**
**Anaheim, CA 92807-1921**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300.00 |
|---|---|---|---|

**Get Hooked Crane Service, Inc.**
**43759 15th Street West #505**
**Lancaster, CA 93534**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,500.00 |
|---|---|---|---|

**Gloria's Cleaning Service**
**1119 Glenwood Court**
**San Bernardino, CA 92407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,021.25 |
|---|---|---|---|

**Go Formz**
**655 West Broadway**
**Suite 200**
**San Diego, CA 92101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,066.70 |
|---|---|---|---|

**Goodman Distribution, Inc.**
**5160 Richton Street**
**Suite A**
**Montclair, CA 91763**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,540.34 |
|---|---|---|---|

**Grainger**
**Department 859688855**
**Palatine, IL 60038-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Artic Services, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.108 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$11,005.67** |
|---|---|---|---|

**Gustave A Larson Company**
**Box 774402**
**4402 Solutions Center**
**Chicago, IL 60677-4004**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$8,343.68** |
|---|---|---|---|

**H&E Equipment Services, Inc.**
**P.O. Box 849850**
**Dallas, TX 75284-9850**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,600.00** |
|---|---|---|---|

**Havengate Business Center Two**
**Attention: Quinn Young**
**10300 4th Street**
**Suite 200**
**Rancho Cucamonga, CA 91730**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,637.12** |
|---|---|---|---|

**Hawkeye Equipment Rentals**
**9440 Resenda Avenue**
**Fontana, CA 92335**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$27,920.25** |
|---|---|---|---|

**Herc Rentals**
**P.O. Box 936257**
**Atlanta, GA 31193**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$14,555.75** |
|---|---|---|---|

**Heritage Food Service Group, Inc.**
**P.O. Box 71595**
**Chicago, IL 60694-1595**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$330.00** |
|---|---|---|---|

**Hi Tech Protection Systems, Inc.**
**P.O. Box 73595**
**San Clemente, CA 92673**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **Artic Services, LLC**
_____
Name

Case number (if known) _____

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,748.13 |

**Hill Crane Service**
**3333 Cherry Avenue**
**Long Beach, CA 90807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,600.40 |

**Hill Phoenix - Brea**
**File 749314**
**Los Angeles, CA 90074-9314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,398.95 |

**Hill Phoenix Service Parts**
**File 749314**
**Los Angeles, CA 90074-9314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,588.00 |

**Holman Family Counseling Inc.**
**P.O. Box 1100**
**Northridge, CA 91328-1100**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $78,696.16 |

**Home Depot Credit Card Svcs.**
**Department 32-2535061505**
**P.O. Box 183176**
**Columbus, OH 43218-3176**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,887.09 |

**Honigman Miller Schwartz & Cohn LLP**
**2290 First National Building**
**660 Woodward Avenue**
**Detroit, MI 48226-3506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $868.20 |

**Hook Crane Services**
**3418 North Kelvin Boulevard**
**Tucson, AZ 85716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor   **Artic Services, LLC**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |

**IHACI**
**454 West Broadway**
**Glendale, CA 91204**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$740.00

---

| 3.123 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
|---|---|---|

**Innovative Discovery**
**1700 North Moore Street**
**Suite 1500**
**Arlington, VA 22209**

Date(s) debt was
incurred  **Through February 28, 2021**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$57,207.91

---

| 3.124 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
|---|---|---|

**Interim Leaders**
**2 Venture, Suite 100**
**Irvine, CA 92618**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$61,780.50

---

| 3.125 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
|---|---|---|

**Intralinks, Inc.**
**P.O. Box 392134**
**Pittsburgh, PA 15251-9134**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$400.00

---

| 3.126 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
|---|---|---|

**JAMS, INC.**
**P.O. Box 845402**
**Los Angeles, CA 90084**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,350.00

---

| 3.127 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
|---|---|---|

**Johnson Industrial Sheet Metal, Inc.**
**2131 Barstow Street**
**Sacramento, CA 95815**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,379.00

---

| 3.128 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
|---|---|---|

**Joseph Hollie**
**8358 Pumalo Street**
**Rancho Cucamonga, CA 91701**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Between April 10, 2020 and April 15, 2020, Mr. Hollie**
**claimed via a number of emails that he was owed commission on**
**certain sales generated in 2019 and 2020**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor  **Artic Services, LLC**
_____          Case number (if known) _____
         Name

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $49.83 |
|---|---|---|---|

**Kaman Industrial Technologies**
**213 West Wayne Street**
**P.O. Box 2536**
**Fort Wayne, IN 46801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $469.01 |
|---|---|---|---|

**Kele**
**3300 Brother Boulevard**
**Memphis, TN 38133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,307.80 |
|---|---|---|---|

**Ken's Refrigeration**
**P.O. Box 286**
**Great Falls, MT 59403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,823.90 |
|---|---|---|---|

**King Crane Service**
**P.O. Box 398116**
**San Francisco, CA 94139-8116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $83.70 |
|---|---|---|---|

**KPS Global**
**4201 North Beach Street**
**Fort Worth, TX 76137**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,484.35 |
|---|---|---|---|

**Krack a Hussmann Brand**
**890 Remington Boulevard**
**Bolingbrook, IL 60440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $227.59 |
|---|---|---|---|

**LADBS**
**201 North Figueroa Street**
**Los Angeles, CA 90012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Artic Services, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.136 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$495.00** |
|---|---|---|---|

**Las Vegas Crane Service**
**6970 South Valley View Boulevard**
**Las Vegas, NV 89118-5262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.137 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|

**Lemonade Stand Inc.**
**5041 La Mart Drive**
**Suite 250**
**Riverside, CA 92507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.138 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,863.30** |
|---|---|---|---|

**Lennox Industries**
**P.O. Box 910549**
**Dallas, TX 75391-0549**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.139 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$59,064.18** |
|---|---|---|---|

**Locke Lord LLP**
**2800 Financial Plaza**
**Providence, RI 02903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **Through February 28, 2021**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.140 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$431.25** |
|---|---|---|---|

**Lodi Heavy Haul and Towing**
**P.O. Box 2209**
**Lodi, CA 95241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.141 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$337.13** |
|---|---|---|---|

**MacArthur Co.**
**3743 Grapevine Street**
**Mira Loma, CA 91752**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.142 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$495.19** |
|---|---|---|---|

**MAG-TROL West, Inc. - Chino**
**12320 East End Avenue**
**Chino, CA 91710-2009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Artic Services, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.143**

**Nonpriority creditor's name and mailing address**

**Main Electric Supply Co.**
**Department LA 23573**
**Pasadena, CA 91185-3573**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$534.40

---

**3.144**

**Nonpriority creditor's name and mailing address**

**Marcum LLP**
**6685 Beta Drive**
**Mayfield Village, OH 44143**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$6,043.36

---

**3.145**

**Nonpriority creditor's name and mailing address**

**Martin B. Ungar**
**819 Ashwood Avenue**
**Vallejo, CA 94591**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.146**

**Nonpriority creditor's name and mailing address**

**Martin Crane**
**1414 Oro Dam West**
**Oroville, CA 95965**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$2,300.00

---

**3.147**

**Nonpriority creditor's name and mailing address**

**Masterbilt**
**29804 Network Place**
**Chicago, IL 60673-1298**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,264.85

---

**3.148**

**Nonpriority creditor's name and mailing address**

**Mechanical Insulation Supply Inc.**
**P.O. Box 9229**
**Green Bay, WI 54308**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$334.00

---

**3.149**

**Nonpriority creditor's name and mailing address**

**Mehas Construction, Inc.**
**8750 Prestige Suite 100**
**Rancho Cucamonga, CA 91730**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,100.00

---

| Debtor | **Artic Services, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,799.00 |
|---|---|---|---|

**MHO Networks**
**Processing Center**
P.O. Box 10548
Newport Beach, CA 92658

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $86.00 |
|---|---|---|---|

**Microtemp Electronics**
2716 NE 168th Avenue
Vancouver, WA 98684

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $837.00 |
|---|---|---|---|

**Midway Collision**
2201 West Bell Road
Phoenix, AZ 85023

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $700.00 |
|---|---|---|---|

**Morlock Crane Service, Inc.**
8040 Redbud Vine Street
North Las Vegas, NV 89085-4455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,902.89 |
|---|---|---|---|

**Mt. Diablo Resource Recovery**
P.O. Box 5397
Concord, CA 94524-0397

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Nels Nissen**
c/o Lawyers for Employee-Consumer Rights
4100 West Alameda Avenue, 3rd Fl.
Burbank, CA 91505

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,516.02 |
|---|---|---|---|

**Nevada Dept of Taxation**
P.O. Box 52609
Phoenix, AZ 85072-2609

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Artic Services, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.157** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$789.01**

**Next Level Internte Inc.**
P.O. Box 502661
San Diego, CA 92150-2661

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.158** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,416.96**

**Northsound Refrigeration Inc.**
P.O. Box 29116
Bellingham, WA 98228

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.159** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$36.29**

**NVEnergy**
P.O. Box 30086
Reno, NV 89520-3086

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.160** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$247,028.05**

**Office of the Treasurer & Tax Collector**
**City and County of San Francisco**
P.O. Box 7027
San Francisco, CA 94120-7027

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred  **Tax Years 2019-2020**

Basis for the claim:  **BDR #006880996; Tax Period: 2020; Reg. Fee; Bill # 2120098016**

Last 4 digits of account number  **7926**

**BDR #006881197; Tax Period: 2020; Reg. Fee; Bill # 2120098012**

**BDR #007311902; Tax Period: 2019,Q4; Gross Receipts Tax; Bill #1619858643**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.161** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$195.00**

**Orange County Circuit Breakers**
1015 North Armando Street
Anaheim, CA 92806

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.162** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,724.41**

**PAC Pride Distribution Inc.**
P.O. Box 4434
Antioch, CA 94531

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.163** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,382.89**

**Pacific Duct**
5499 Brooks Street
Montclair, CA 91763

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **Artic Services, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $992.00 |
|---|---|---|---|

**Pamco Machine Works, Inc.**
**9359 Feron Boulevard**
**Rancho Cucamonga, CA 91730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300.34 |
|---|---|---|---|

**Parts Town, LLC 0391**
**27787 Network Place**
**Chicago, IL 60673-1277**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10.60 |
|---|---|---|---|

**Paytrace Merchant Processing**
**12709 East Mirabeau Parkway**
**Building A, Suite 100**
**Spokane, WA 99216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,393.49 |
|---|---|---|---|

**PENSKE Truck Leasing**
**P.O. Box 7429**
**Pasadena, CA 91109-7429**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $877.80 |
|---|---|---|---|

**PG&E**
**Box 997300**
**Sacramento, CA 95899-7300**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300.00 |
|---|---|---|---|

**Pitney Bowes**
**P.O. Box 371887**
**Pittsburgh, PA 15250-7887**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $693.56 |
|---|---|---|---|

**Plutes Refrigeration & Air Conditioning**
**65261 Kourtney Lane**
**Montrose, CO 81401-8339**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Artic Services, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.171** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,597.73**

**Pravis**
**27081 Aliso Creek Road**
**Suite 250**
**Aliso Viejo, CA 92656**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.172** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11.70**

**Praxair Distribution Inc.**
**Department LA 21511**
**Pasadena, CA 91185-1511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.173** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,940.00**

**Precision Air Balance**
**1240-H North Jefferson Street**
**Anaheim, CA 92807-1632**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.174** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Proscap Engineering & Energy Group**
**12960 Odyssey Way**
**Suite 100**
**Corona, CA 92880**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.175** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,055.17**

**Quick Dispense**
**2700 Kimball Avenue**
**Pomona, CA 91767**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.176** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$255.00**

**R & S Erection of Concord Inc.**
**2424 Bates Avenue**
**Concord, CA 94520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.177** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,116.32**

**R.E. Michel Company**
**P.O. Box 2318**
**Baltimore, MD 21203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor  **Artic Services, LLC**                                    Case number (if known) _____
_____
Name

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,006.85 |

**Radco Trucking**
**921 French Avenue**
**Gridley, CA 95948**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,386.49 |

**Rainy Day Roofing**
**569 Bateman Circle #B**
**Corona, CA 92880**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,825.00 |

**Rapid Recovery**
**8932 West Cactus Road**
**Peoria, AZ 85381**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,120.53 |

**Refrigeration Hardware Supply**
**632 Foresight Circle**
**Grand Junction, CO 81505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $919.13 |

**Reliable Crane and Rigging Inc.**
**P.O. Box 11778**
**Santa Rosa, CA 95406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,519.77 |

**Reliance Enterprises**
**3651 Christy Lane**
**Ukiah, CA 95482-3088**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,519.08 |

**Rexel USA, Inc.**
**14951 Dallas Parkway**
**Dallas, TX 75254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Artic Services, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.185 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$185.77** |
|---|---|---|---|

**Rick's Refrigeration, Inc.**
**406 North 13th Street**
**Livingston, MT 59047**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$804.80** |
|---|---|---|---|

**Royal Industrial Solutions**
**P.O Box 847124**
**Los Angeles, CA 90084-7124**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$933,390.31** |
|---|---|---|---|

**RSD**
**26021 Atlantic Ocean Drive**
**Lake Forest, CA 92630-9172**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$22,887.00** |
|---|---|---|---|

**RSM US LLP**
**5155 Paysphere Circle**
**Chicago, IL 60674**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$48,962.00** |
|---|---|---|---|

**Russell Sigler, Inc.**
**P.O. Box 920**
**Tolleson, AZ 85353**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$516.56** |
|---|---|---|---|

**Schorr Metals, Inc.**
**837 S Kraemer Boulevard**
**Placentia, CA 92870**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$821.11** |
|---|---|---|---|

**Senneca Holdings**
**P.O. 772881**
**Chicago, IL 60677-2881**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Artic Services, LLC**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.192 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ |

3.192 **Nonpriority creditor's name and mailing address**

ServiceChannel.com, Inc.
18 East 16th Street (2nd Floor)
New York, NY 10003

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$7,307.73**

---

3.193 **Nonpriority creditor's name and mailing address**

Shred It
28883 Network Place
Chicago, IL 60673-1288

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$314.45**

---

3.194 **Nonpriority creditor's name and mailing address**

Silver Oak Management III, L.P.
1560 Sherman Avenue
Suite 1200
Evanston, IL 60201

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$19,097.04**

---

3.195 **Nonpriority creditor's name and mailing address**

Smith Brothers Crane Rental
16539 South Broadway
Gardena, CA 90248

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$720.00**

---

3.196 **Nonpriority creditor's name and mailing address**

SoCal Filters and Service Inc.
7315 Adams Street
Paramount, CA 90723

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,154.96**

---

3.197 **Nonpriority creditor's name and mailing address**

SoCal Gas- 9546
P.O. Box C
Monterey Park, CA 91755-5111

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$279.59**

---

3.198 **Nonpriority creditor's name and mailing address**

Southern California Edison-10440
P.O. Box 600
Rosemead, CA 91770-0001

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,451.99**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor  **Artic Services, LLC** _____ Case number (if known) _____
          Name

| 3.199 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$333.57** |
|---|---|---|---|

**Southern California Edison-9546**
**P.O. Box 300**
**Rosemead, CA 91772-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,772.94** |
|---|---|---|---|

**SPRINT/Nextel Communications**
**P.O. Box 4181**
**Carol Stream, IL 60197-4181**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$38.69** |
|---|---|---|---|

**SRP**
**P O Box 80062**
**Prescott, AZ 86304-8062**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,500.00** |
|---|---|---|---|

**SSA Acoustics, LLP**
**222 Etruria Street**
**Suite 100**
**Seattle, WA 98109**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$14,730.06** |
|---|---|---|---|

**Steele Electric LLC**
**7741 SW Cirrus Drive**
**Beaverton, OR 97008**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$23,192.91** |
|---|---|---|---|

**Sunbelt Rentals**
**P.O. Box 409211**
**Atlanta, GA 30384-9211**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$610.63** |
|---|---|---|---|

**Sunset Graphics Embroidery**
**109 North Maple Street, Unit L**
**Corona, CA 92880**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Artic Services, LLC**
_____    Case number (if known) _____
          Name

| | |
|---|---|
| 3.206 | **Nonpriority creditor's name and mailing address** |

**Superior Duct Fabrication**
**1683 Mount Vernon Avenue**
**Pomona, CA 91768**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$5,953.05**

---

| 3.207 | **Nonpriority creditor's name and mailing address** |

**Sweeney, Mason, Wilson & Bosomworth**
**983 University Avenue**
**Suite 104 C**
**Los Gatos, CA 95032-7637**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,460.73**

---

| 3.208 | **Nonpriority creditor's name and mailing address** |

**T&T Truck & Crane**
**P.O. Box 1748**
**Ventura, CA 93002-1748**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$16,782.50**

---

| 3.209 | **Nonpriority creditor's name and mailing address** |

**T-Mobile**
**P.O. Box 790047**
**Saint Louis, MO 63179-0047**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$26,083.51**

---

| 3.210 | **Nonpriority creditor's name and mailing address** |

**TABCO Total Air Balance Co.**
**1140 Sunset Boulevard #142**
**Rocklin, CA 95765**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$3,490.00**

---

| 3.211 | **Nonpriority creditor's name and mailing address** |

**TAP Plastics Inc.**
**3011 Alvarado Street**
**Suite A**
**San Leandro, CA 94577**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,173.64**

---

| 3.212 | **Nonpriority creditor's name and mailing address** |

**TASC Customer Care**
**P.O. Box 88278**
**Milwaukee, WI 53288-0001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,265.00**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Artic Services, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.213**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,294.00 |
|---|---|---|
| **Teaman, Ramirez & Smith, Inc.**<br>**4201 Brockton Avenue**<br>**Suite 100**<br>**Riverside, CA 92501** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.214**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $592.67 |
|---|---|---|
| **Tempe Crane**<br>**1979 East 5th Street**<br>**Tempe, AZ 85281** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.215**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,881.00 |
|---|---|---|
| **The Crane Guys**<br>**P.O. Box 605**<br>**La Mirada, CA 90637** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.216**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $128,784.07 |
|---|---|---|
| **The Hartford**<br>**P.O. Box 660916**<br>**Dallas, TX 75266-0916** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.217**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,653.96 |
|---|---|---|
| **Thybar Corporation**<br>**913 Kay Avenue**<br>**Addison, IL 60101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.218**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,015.69 |
|---|---|---|
| **Toro-Aire, Inc.**<br>**434 East Broadway**<br>**Long Beach, CA 90802** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.219**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,200.00 |
|---|---|---|
| **Trademark Properties, LLC**<br>**10440 Trademark Street**<br>**Rancho Cucamonga, CA 91730** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor **Artic Services, LLC**

Case number *(if known)* _____

Name

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $71,047.16 |
|---|---|---|---|

**Trane- 2813388**
P.O. Box 98167
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|

**Transwestern Commercial Services**
Attn: Commission Accounting
200 West Madison Street
Suite 1200
Chicago, IL 60606

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $465.00 |
|---|---|---|---|

**TRL Systems**
9531 Milliken Avenue
Rancho Cucamonga, CA 91730

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $440.00 |
|---|---|---|---|

**Tru-Eco Environment Consulting**
1815 Wright Avenue
La Verne, CA 91750

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,194.15 |
|---|---|---|---|

**True Manufacturing**
2001 East Terra Lane
O Fallon, MO 63366

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**TruTemp Equipment**
4010 East Raymond
Phoenix, AZ 85040

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $575.00 |
|---|---|---|---|

**U.S. Legal Support**
9680 Haven Avenue
Suite 140
Rancho Cucamonga, CA 91730

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor  **Artic Services, LLC**
_____  Case number _(if known)_ _____
     Name

| 3.227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$6,132.39** |
|---|---|---|---|

**United Refrigeration - 1025036 Gen Acct**
**P.O. Box 677036**
**Dallas, TX 75267-7036**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$5,110.95** |
|---|---|---|---|

**US AirConditioning LLC**
**Post Office Box 1111**
**La Puente, CA 91749-1111**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.229 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$39,430.73** |
|---|---|---|---|

**Valiant Law Offices**
**4150 Concours Street**
**Suite 260**
**Ontario, CA 91764**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$957.60** |
|---|---|---|---|

**Ventura Crane Inc.**
**P.O. Box 388**
**Santa Paula, CA 93061**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$285.00** |
|---|---|---|---|

**Walker Crane Service**
**7276 Galloping Scout Court**
**Las Vegas, NV 89131**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$3,320.18** |
|---|---|---|---|

**Walters Wholesale Electric Co.**
**P.O. Box 91929**
**Long Beach, CA 90809-1929**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.233 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$2,750.00** |
|---|---|---|---|

**Water One Industries, Inc.**
**5410 Gateway Plaza Drive**
**Benicia, CA 94510**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Artic Services, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.234 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $326.00 |
|---|---|---|---|

**Wesco Security Systems, Inc.**
P.O. Box 1108
Placentia, CA 92871

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,380.00 |
|---|---|---|---|

**West Coast Cranes, Inc.**
2144 O'Toole Avenue
San Jose, CA 95131

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.236 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $349.96 |
|---|---|---|---|

**West Mechanical, Inc.**
4443 Aldrich Road
Bellingham, WA 98226

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.237 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Western Crane, Inc.**
P.O. Box 68068
Seattle, WA 98168-0068

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $501.91 |
|---|---|---|---|

**Western Industrial Supply**
11400 Markon Drive
Garden Grove, CA 92841

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.239 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.50 |
|---|---|---|---|

**Wilson & Bell Automotive**
8747 Vineyard Avenue #110
Rancho Cucamonga, CA 91730

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,947.08 |
|---|---|---|---|

**Work Horse Personnel**
Prosperity Funding, Inc.
P.O. Box 601959
Charlotte, NC 28260

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Artic Services, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,344.32 |
|---|---|---|---|

**York International/JCI-UPG**
**P.O. Box 730747**
**Dallas, TX 75373-0747**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Daniel Hallisey**<br>**2244 Foothill Road #1061**<br>**Genoa, NV 89411** | Line **3.76**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **David A. Akintimoye, Esquire**<br>**Law Office of David Akintimoye**<br>**13800 Heacock Street**<br>**Suite D113**<br>**Moreno Valley, CA 92553** | Line **3.174**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **David A. Soles, Esquire**<br>**1416 NW 46th Street**<br>**Suite 116**<br>**Seattle, WA 98107** | Line **3.237**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Kenneth J. Freed, Esquire**<br>**Law Offices of Kenneth J. Freed, PC**<br>**14226 Ventura Boulevard**<br>**P.O. Box 5914**<br>**Sherman Oaks, CA 91413** | Line **3.232**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Martin B. Ungar**<br>**c/o Shatford Law**<br>**16491 Scientific Way**<br>**Irvine, CA 92618** | Line **3.145**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Raymond Babaian, Esquire**<br>**Valiant Law**<br>**4150 Concours Street**<br>**Suite 260**<br>**Ontario, CA 91764** | Line **3.76**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **State of California**<br>**Dept. of Industrial Relations**<br>**Labor Commissioner's Office**<br>**464 West 4th Street, Room 348**<br>**San Bernardino, CA 92401** | Line **3.128**<br><br>☐ Not listed. Explain ____ | _ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 10,937.30 |
| 5b. Total claims from Part 2 | 5b. + | $ | 2,939,839.03 |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor    **Artic Services, LLC**
_____
Name

Case number (if known) _____

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

5c.    $ _____ **2,950,776.33**

**Fill in this information to identify the case:**

Debtor name    **Artic Services, LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    _____

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
       ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
       ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.**  State what the contract or lease is for and the nature of the debtor's interest | **Standard Industrial/Commercial Multi-Tenant Lease Dated May 24, 2016 Between BKM Black Canyon 103, LLC and Artic Mechanical, Inc. Regarding 8055 North 24th Avenue, Suite D, Phoenix, Arizona 85021; Expiration Date: Month to Month** |
|   State the term remaining  List the contract number of any government contract |   **BKM Black Canyon 103, LLC c/o BKM Management Company, LP 4050 East Cotton Center Boulevard Suite 76 Phoenix, AZ 85040** |
| **2.2.**  State what the contract or lease is for and the nature of the debtor's interest | **Standard Industrial/Commercial Single-Tenant Lease Between Charles K. Wolhaupter, Trustee and Artic Mechanical, Inc. Regarding 9546 Commerce Center Drive, Rancho Cucamonga, California 91730; Expiration Date: July 31, 2022** |
|   State the term remaining  List the contract number of any government contract |   **Charles K. Wolhaupter, Trustee P.O. Box 425 Malibu, CA 90265** |
| **2.3.**  State what the contract or lease is for and the nature of the debtor's interest | **Engagment Letter dated March 26, 2021** |
|   State the term remaining  List the contract number of any |   **Chipman Brown Cicero & Cole, LLP Hercules Plaza 1313 North Market Street Suite 5400 Wilmington, DE 19801** |

Debtor 1  **Artic Services, LLC**
_____  Case number *(if known)* _____
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting Agreement between Artic Services LLC f/k/a Artic Mechanical, Inc., Franklin Synergy Bank and Claudia Flores dated June 30, 2020** | |
| | State the term remaining | | **Claudia Flores** |
| | List the contract number of any government contract | | **16647 Longacre Avenue Chino Hills, CA 91709** |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Engagement Agreement Dated November 11, 2019 for Financial Advisory and Management Consulting Services** | |
| | State the term remaining | | **Getzler Henrich & Associates, LLC** |
| | List the contract number of any government contract | | **295 Madison Avenue, 20th Floor New York, NY 10017** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Standard Industrial/Commercial Multi-Tenant Lease Dated June 7, 2017 Between Havengate Business Center Two and Artic Mechanical, Inc. Regarding 9600 Center Avenue, Suite 110, Rancho Cucamonga, California 91730 [DO WE NEED THIS SINCE IT EXPIRED IN 2020?]** | |
| | State the term remaining | | **Havengate Business Center Two c/o Delmar Property Management** |
| | List the contract number of any government contract | | **10300 4th Street, Suite 100 Rancho Cucamonga, CA 91730** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **D&O Liability Policy; Policy No. HFP-HN-PRP-5510** | |
| | State the term remaining | **July 1, 2021** | **Hudson Insurance Company Hudson Financial Products** |
| | List the contract number of any government contract | | **P.O. Box 7247-7399 Philadelphia, PA 19170-7399** |

Debtor 1  **Artic Services, LLC** _____

     First Name          Middle Name         Last Name

Case number _(if known)_ _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.8.** State what the contract or lease is for and the nature of the debtor's interest | **Assignment and Assumption of Lease Dated March 6, 2019 Between Artic Mechanical, Inc., Artic Services, LLC and Mkd Garaventa LLC (successor in interest to Merced BAR, LLC) Regarding 4075 Sprig Drive, Suites C and D, Concord, California 94520; Expiration Date: August 31, 2021** |
| State the term remaining | **MKD Garaventa LLC** |
| List the contract number of any government contract | **c/o Collier International 1001 Canal Boulevard A-1 Richmond, CA 94804** |
| **2.9.** State what the contract or lease is for and the nature of the debtor's interest | **Lease Regarding 3125 West Ali Baba Lane, Suite 712, Las Vegas, Nevada 89132** |
| State the term remaining | **OD Hacienda Polaris LLC** |
| List the contract number of any government contract | **c/o Lewis Operating Corporation 5240 Polaris Avenue Las Vegas, NV 89132** |
| **2.10.** State what the contract or lease is for and the nature of the debtor's interest | **Consulting Agreement between Artic Services LLC f/k/a Artic Mechanical, Inc., Franklin Synergy Bank and Richard A. Hicks dated June 30, 2020** |
| State the term remaining | **Richard A. Hicks** |
| List the contract number of any government contract | **1188 Old Hickory Road Corona, CA 92882** |
| **2.11.** State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement Dated March 18, 2019 Between Trademark Properties, LLC and Artic Services, LLC Regarding 10440 Trademark Street, Rancho Cucamonga, California 91730; Expiration Date: February 28, 2028** |
| State the term remaining | **Trademark Properties, LLC** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor 1    **Artic Services, LLC**

First Name    Middle Name    Last Name

Case number *(if known)*

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

List the contract number of any
government contract   _____

**Fill in this information to identify the case:**

Debtor name    **Artic Services, LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)  _____

☐ Check if this is an amended filing

Official Form 206H

## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Artic Employment Services, Inc.** | **10440 Trademark Street** **Rancho Cucamonga, CA 91730** | **First Bank** | ☑ D **2.1, 2.2, 2.3** ☐ E/F _____ ☐ G _____ |
| 2.2 **Artic Intermediate, LLC** | **10440 Trademark Street** **Rancho Cucamonga, CA 91730** | **First Bank** | ☑ D **2.1, 2.2, 2.3** ☐ E/F _____ ☐ G _____ |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Artic Services, LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule*

☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

■    Other document that requires a declaration    **Corporate Ownership Statement; List of Equity Security Holders**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 7, 2021**          X    *Kevin A. Krakora*
                                                        Signature of individual signing on behalf of debtor

                                                        **Kevin A. Krakora**
                                                        Printed name

                                                        **Chief Restructuring Officer**
                                                        Position or relationship to debtor

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy